UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SHELBY GAIL HEIFETZ,**

    Plaintiff,

  v.

**CALIFORNIA RT PIZZA GROUP, INC., ET AL.,**

    Defendants.

Case No. 14-cv-03853-YGR

**ORDER SETTING COMPLIANCE HEARING**

A compliance hearing regarding compliance with General Order 56 and mediation scheduling shall be held on Friday, **May 29, 2015** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

**Five (5) business days prior** to the date of the compliance hearing, the parties shall file either: (1) a joint statement certifying a response to the demand for a settlement offer has been issued, verifying full compliance with General Order 56, and providing an update regarding mediation scheduling; or (2) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: May 16, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**